Cristian Manuel SILVA–PORTO, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 04–74676.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed May 02, 2008.

Lorenzo Tijerina, for Petitioner.

CAS–District Counsel, San Diego, CA, Office of the District Counsel Department of Homeland Security, Ronald E. Lefevre, San Francisco, CA, Lyle D. Jentzer, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Cristian Manuel Silva–Porto, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's order denying his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review Silva–Porto's contention he was not informed of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his apparent eligibility to file for adjustment of status under 8 U.S.C. § 1154(a)(1)(B)(ii)(I) because he did not exhaust this argument before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (holding that the court lacks jurisdiction to review issues not raised during administrative proceedings).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.